OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 30, 2024

William J. Watt III
Saporito Falcone & Watt
48 S Main Street
Suite 300
Pittston, PA 18640

RE: USA v. Ross Roggio
Case Number: 24-1784
District Court Case Number: 3-18-cr-00097-001

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed please find case opening information regarding the above-captioned appeal by **Ross Roggio** docketed at No. **24-1784**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Counsel for Appellant**

You will be appointed as counsel for Appellant under the provisions of the Criminal Justice Act. You will be notified separately of the appointment and of this Court's eVoucher procedures. Counsel is required to continue on appeal unless relieved by order of this Court. 3rd Cir. LAR

Misc. 109.1. Your responsibility as appointed counsel extends to the filing of a petition for writ of certiorari in the Supreme Court of the United States, if your client so desires.

Pursuant to 3rd Cir. LAR Misc. 108.3., vouchers must be filed with the Clerk of this Court no later than 45 days after the conclusion of the attorney's representation.

As Counsel for Appellant(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Criminal Appeal Information Statement; and
4. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** from the date of this letter.

**Counsel for Appellee**
As Counsel for Appellee(s), you must file:
1. Appearance Form
This form must be filed within **fourteen (14) days** from the date of this letter.

Failure of counsel to comply with any of these requirements by the deadline may result in the imposition of sanctions by the Court. 3rd Cir. LAR Misc. 107.2.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review this caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936
cc: Todd K. Hinkley