# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 3:18-CR-97 |
| vs. | |
| ROSS ROGGIO<br>Defendant | (JUDGE MARIANI) |

## NOTICE OF APPEAL

Pursuant to Fed.R.App.P. 3, notice is hereby given that ROSS ROGGIO, the Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on April 16, 2024.

Respectfully submitted:

_____
WILLIAM J. WATT, III, ESQ.
48 S. Main St., Suite 300
Pittston, PA 18640
ID No. 206831
Email: billwatt@saporitofalcone.com
(570) 654-4643
Attorney for Defendant

Dated: April 25, 2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 3:18-CR-97 |
| vs. | |
| ROSS ROGGIO    Defendant | (JUDGE MARIANI) |

## CERTIFICATE OF SERVICE

I, William J. Watt, III, Esquire do hereby certify that I served the foregoing Notice of Appeal via ECF to the following individuals:

United States Attorney's Office
Middle District of Pennsylvania, Scranton Office

The Honorable Robert D. Mariani

Date: April 25, 2024

William J. Watt, III, Esquire
Attorney for Defendant