# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CRIMINAL APPEAL INFORMATION STATEMENT

**PART I -** Please type. Attach additional pages if necessary.

SHORT CAPTION WITH IDENTITY OF APPELLANT - APPEAL FROM DISTRICT COURT

U.S.C.A. Caption:    USA v. ROSS ROGGIO

U.S.C.A. No.:    24-1784

District:    Middle District

D.C. Docket No.:    3:18-CR-00097

Date Judgment:    4/15/2024

Filed Date in D.C.:    3/20/2018

Date NOA filed:    4/25/2024

Is this a Cross-Appeal?    Yes ☐   No ☒

Was there a previous appeal in case?   Yes ☐   No ☒

If yes, Short Title:

Appeal Docket No.:

Citation, if reported:

State any other related proceedings in this Court or District Court.

# PART II

Please indicate basis of appeal:

**NOTE:** This statement will assist the Court in case management. It is not intended to preclude presentation of issues on appeal.

☐ Bail (appeal from order granting, denying, modifying terms and conditions of bail on release on bond pending appeal)

☒ Judgment of Conviction/Commitment.

    ☐(A) Sentence     ☐(B) Conviction     ☒(C ) Both

☐ Appeal will challenge <u>only</u> the merits of the underlying conviction.

☒ Appeal will challenge both the merits of the underlying conviction and the validity of the sentence imposed.

☐ Appeal will challenge only the validity of the sentence imposed.

This is to certify that a copy of this criminal appeal information statement was served on each party or their counsel of record this __13th__ day of ___May___, 20 _24_.

_[signature]_

_____
Signature of Counsel for Appellant

  William J. Watt, III
_____
Name

  48 S. Man St., Suite 200, Pittston, PA 18640
_____
Address, City, State & Zip Code

  (570) 654-4643
_____
Area Code & Telephone No.

Date Filed: 05/16/2024    Page: 2    Document: 9    Case: 24-1784