Ross Roggio
76315-067
USP Hazelton
U.S. Penitentiary
P.O. Box 2000



July 01, 2024

Clerk Of Court
U.S. Court of Appeals for the 3rd Circuit
601 Market Street
21400 U.S. Courthouse
Philadelphia, PA 19106

Dear Clerk of Court,

Please liberally construe this as a pro se letter as a motion for appointment of a new appellate counsel. I submit the following reasons in support thereof:

1) On May 2023, I was convicted in the Middle District of PA
2) William Watt under CJA was appointed as my Sentencing attorney.
3) In the last year Attorney William Watt has never sent me a single piece of legal mail. He has received numerous emails stating that I require information and he has failed to send me anything after numerous promises to do so.
4) I demand that I have a active roll in my appeal, however William Watt refuses to communicate with me. As an example, I was unaware of the exact date of my Sentencing till two days before. He consistently refuses to keep me in the loop as to the status of my appeal.
5) William Watt has overtly lied to me about numerous items. These lies has created a situation where I no longer can, or will trust anything he does say.
6) William Watt had stated he did not have time or the desire to file my appeal. He told me he will put in a request to remove himself. After two months in response to a scalding email I had sent. He now states he cannot come off the case because the Court of Appeal would not allow it.
7) In response to his unethical behavior I have and will continue to file an ethics complaint to the PA Bar association. This in itself I believe shall create a huge conflict of interest.
8) William Watt's actions have created a complete breakdown in communications that cannot be overcome.
9) William Watt's actions have created irreconcilable differences.

I am aware that any attorney, hired or appointed is there to assist me in my defense. Not to completely close me out and for said attorney to do whatever he wants.
It is my desire to be sent back to the Public Defenders Office for representation. I am willing to waive any conflict there may be. However at the very minimum. I request new council be appointed at the earliest possible time.

Due to the severe sentence I received, I feel that I should be afforded an attorney who will communicate and work diligently on my defense. Anything short would be a complete miscarriage of justice.

Thank You

Ross William Roggio

Ross Roggio
76315-067
U.S.P Hazelton
US Penitentiary
PO Box 2000
Bruceton Mills, WV 26525

Clerk of Court
U.S. Court of Appeals for the 3rd Circuit
601 Market Street
21406 U.S. Court House
Philadelphia, PA 19106

19106—140114

* Legal Mail *