UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1784**

United States v. Roggio

To: Clerk

1) Motion by Appellant for Appointment of New Counsel

2) Motion by Appellant's Counsel to Withdraw as Counsel

_____

    The foregoing motions are denied. It is the Court's practice that counsel who handled the district-court proceedings continue on appeal absent extraordinary circumstances. See 3d Cir. L.A.R. 109.1. "Extraordinary" circumstances require more than a conflict as to strategy or tactics. See United States v. Turner, 677 F.3d 570, 576–79 (3d Cir. 2012) (those issues are largely within counsel's discretion). And typically, they may not be based on allegations that counsel was ineffective. See United States v. Thornton, 327 F.3d 268, 271–72 (3d Cir. 2003) (ineffectiveness ordinarily unreviewable on direct appeal). "[T]he right to choose one's own counsel does not extend to defendants who require appointed counsel." United States v. Senke, 986 F.3d 300, 314 (3d Cir. 2021).

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: July 23, 2024
Lmr/cc: All Counsel of Record