# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| UNITED STATES OF AMERICA | NO.: 24-1784 |
|---|---|
| vs. | (District Court No. 3-18-cr-00097-001) |
| ROSS ROGGIO  Defendant | |

## **ORDER**

AND NOW this _____ day of _____, 2024, in consideration of the foregoing Motion for Extension of Time to File Brief and there being no objection from the United States Attorney's Office, it is hereby ORDERED that the Defendant's Motion is GRANTED.

It is ORDERED that the Brief for Appellant and the Joint Appendix shall be filed and served on or before _____, 2024.

**FOR THE COURT:**

_____
**Clerk**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 24-1784 |
| vs. | (District Court No. 3-18-cr-00097-001) |
| ROSS ROGGIO<br>Defendant | |

## APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The Defendant, Ross Roggio, by and through his court-appointed counsel, William J. Watt, III, Esquire, hereby moves the Court for an Extension of Time to file Brief and in support thereof submits the following:

1. The Defendant filed a Notice of Appeal on April 25, 2024.

2. By way of Text Order dated August 22, 2024, the Court directed that the Brief for Appellant and the joint Appendix be filed and served within sixty (60) days of the date of the Order or on or before October 21, 2024. (Doc 22). The Court's Text Order indicated that any further requests for extension of time will be presented to the Court and should be based on exceptional circumstances.

3. Counsel for Appellant requests an additional extension of time for the filing of Appellant's Brief and joint Appendix.

4. It is respectfully submitted that exceptional circumstances exist that warrant an extension of time. The exceptional circumstances are as follows:

a. Undersigned counsel did not represent the Defendant at trial and, as such, was not familiar with the testimony and evidence;

b. The trial transcript consists of 1,852 pages;

c. In addition to reading the transcript, counsel must identify the issues to be raised by the Appeal and spend time researching the issues;

d. The Appellant is only the second person to be convicted of the crime of Torture. As such, there is very little precedent and researching the issues requires Counsel to find analogous language in other statutes.

e. Counsel is appointed through the CJA Panel. In addition, Counsel is currently appointed on three (3) Drug Delivery Death cases that are awaiting trial. These cases are very time consuming and each have a significant amount of discovery that Counsel must review;

f. In addition to Counsel's CJA case load, Counsel also maintains a private law practice with over ten (10) employees.

5. Appointed Counsel cannot adequately prepare Appellant's Brief and joint Appendix and provide constitutionally effective assistance of counsel, as guaranteed by the United States Constitutions, unless this second request for an extension of time is granted.

6. On October 17, 2024, the undersigned contacted Assistant U.S. Attorney Carlo D. Marchioli to inquire whether or not he concurs with this Motion. Attorney Marchioli concurs with the relief requested herein.

WHEREFORE, the Defendant respectfully requests that this Honorable

Court grant an extension of ninety (90) days to file Appellant's Brief and joint Appendix.

Respectfully submitted:

*/s/ William J. Watt, III*

**William J. Watt, III, Esquire**
**Attorney ID# 206831**
48 South Main St., Suite 300
Pittston, PA 18640
(570) 654-4643
Fax: (570) 654-5050
Email: billwatt@saporitofalcone.com

Dated: October 18, 2024      Attorney for Ross Roggio

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 24-1784 |
| vs. | (District Court No. 3-18-cr-00097-001) |
| ROSS ROGGIO<br>Defendant | |

## CERTIFICATE OF SERVICE

I, William J. Watt, III, Esquire do hereby certify that I served the foregoing Motion for Extension of Time to File Brief via ECF:

        Carlo D. Marchioli, Esquire
        Assistant United States Attorney

Date: October 18, 2024

**William J. Watt, III, Esquire**
**Attorney for Ross Roggio**

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 24-1784 |
| vs. | (District Court No. 3-18-cr-00097-001) |
| ROSS ROGGIO <br>       Defendant | |

## CERTIFICATE OF CONCURRENCE

The undersigned contacted Assistant U.S. Attorney Carlo D. Marchioli, who concurs with the relief requested by the Defendant in the filing of this Motion.

*/s/ W. Watt/*

**William J. Watt, III, Esquire**
**Attorney ID# 206831**
48 South Main Street, Suite 300
Pittston, PA 18640
(570) 654-4643
Fax: (570) 654-5050
Email: billwatt@saporitofalcone.com
Attorney for Ross Roggio

Date: October 18, 2024