UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-142

No. <u>24-1784</u>

UNITED STATES OF AMERICA

v.

ROSS ROGGIO,
        Appellant

(M.D. Pa. No. 3:18-cr-00097-001)

Present: FREEMAN, <u>Circuit Judge</u>

1. Unopposed Motion filed by Appellant Ross Roggio for Forty-Five (45) Day Extension of Time to file Brief & Joint Appendix.

        Respectfully,
        Clerk/lmr

_____ORDER_____

The foregoing motion is granted.

        By the Court,

        <u>s/Arianna J. Freeman</u>
        Circuit Judge

Dated: August 19, 2025
Lmr/cc: All Counsel of Record