## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 24-1784 |
| vs. | (District Court No. 3-18-cr-00097-001) |
| ROSS ROGGIO<br>Defendant | |

## **ORDER**

AND NOW this _____ day of _____, 2025, in consideration of the foregoing Request for Court Permission to File an Unopposed Motion for Extension of Time to File Brief and Joint Appendix and there being no objection from the United States Attorney's Office, it is hereby ORDERED that the Defendant's Motion is GRANTED.

It is ORDERED that the Brief for Appellant and the Joint Appendix shall be filed and served on or before _____, 2025.

**FOR THE COURT:**

_____
**Clerk**

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 24-1784 |
| vs. | (District Court No. 3-18-cr-00097-001) |
| ROSS ROGGIO<br>Defendant | |

## APPELLANT'S REQUEST FOR COURT PERMISSION TO FILE AN UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND JOINT APPENDIX

The Defendant, Ross Roggio, by and through his court-appointed counsel, William J. Watt, III, Esquire, hereby respectfully requests the Court grant permission to file and moves the Court for an Extension of Time to file Brief and Joint Appendix and in support thereof submits the following:

1. The Defendant filed a Notice of Appeal on April 25, 2024.

2. By way of Docket Entry 33, the Court ordered Appellant's Brief to be filed within forty-five (45) days of August 24, 2025 (Docket Entry 33).

3. Counsel for Appellant respectfully requests the Court grant permission to file the current Unopposed Motion requesting an additional extension of time of FORTY-FIVE (45) days for the filing of Appellant's Brief and Joint Appendix.

4. Additionally, Counsel for Appellant requests an additional extension of time of FORTY-FIVE (45) days for the filing of Appellant's Brief and Joint

Appendix.

5. It is respectfully submitted that exceptional circumstances exist that warrant an extension of time. The exceptional circumstances are as follows:

   a. The Court was previously made aware of history of this case and the volume of material counsel had to review to prepare Appellant's Brief. Succinctly stated, the case is very unique and the transcript consists of almost 2,000 pages. Additionally, there are hundreds of pages of pretrial motions and decisions that needed to be reviewed by counsel;

   b. Counsel's paralegal was injured in an unforeseen incident in August, 2025 that caused significant injuries. Despite an early prognosis projecting that she will return to work at the end of August, 2025, she is still not medically cleared to resume employment. As such, counsel has been operating without her assistance for almost 2 months;

   c. In addition, the budget freeze imposed on federal defender services by the federal government has resulted in unpaid CJA vouchers since July, 2025. This has caused financial hardship to the undersigned counsel at a time when counsel's private office is understaffed as mentioned above.

6. In light of the unforeseen circumstances referenced above, counsel cannot adequately prepare, file and/or serve Appellant's Brief in a timely manner. As such, counsel is unable to provide and constitutionally effective assistance of counsel, as guaranteed by the United States Constitutions, unless this request for an extension of time is granted.

7. Assistant U.S. Attorney Carlo D. Marchioli concurs with the relief requested herein.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant Permission to File an Unopposed Motion for Extension of Time of forty-five (45) days to File Brief and Joint Appendix .

Respectfully submitted:

*/s/ William J. Watt, III, Esquire*
**William J. Watt, III, Esquire**
**Attorney ID# 206831**
48 South Main St., Suite 300
Pittston, PA 18640
(570) 654-4643
Email: billwatt@saporitofalcone.com

Dated: October 16, 2025

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ROSS ROGGIO<br>   Defendant | NO.: 24-1784<br><br>(District Court No. 3-18-cr-00097-001) |

## CERTIFICATE OF CONCURRENCE

The undersigned contacted Assistant U.S. Attorney Carlo D. Marchioli, who concurs with the relief requested by the Defendant in the filing of this Motion.

            */s/ William J. Watt, III, Esquire*
            **William J. Watt, III, Esquire**
            **Attorney ID# 206831**
            48 South Main Street, Suite 300
            Pittston, PA 18640
            (570) 654-4643
            Fax: (570) 654-5050
            Email: billwatt@saporitofalcone.com
            Attorney for Ross Roggio

Date: October 16, 2025

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 24-1784 |
| vs. | (District Court No. 3-18-cr-00097-001) |
| ROSS ROGGIO<br>Defendant | |

## CERTIFICATE OF SERVICE

I, William J. Watt, III, Esquire do hereby certify that I served the foregoing Request for Permission to File an Unopposed Motion for Extension of Time to File Brief and Joint Appendix via ECF:

> Carlo D. Marchioli, Esquire
> Assistant United States Attorney

Date: October 16, 2025

*/s/ William J. Watt, III, Esquire*
**William J. Watt, III, Esquire**
**Attorney for Ross Roggio**