UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

XCO-032

No. 24-1784

United States of America

v.

Ross Roggio,
Appellant

(M.D. Pa. No. 3:18-cr-00097-001)

Present: HARDIMAN, PHIPPS, and SCIRICA, *Circuit Judges*

1. Unopposed Motion by Appellee to File Brief in Excess of the Word Limit.

Respectfully,
Clerk/lmr

ORDER

The foregoing motion is GRANTED. Appellee's response brief containing no more than 18,000 words must be filed within 14 days of the date of this order. This order does not authorize any other brief to exceed the length limitations found in the Federal Rules of Appellate Procedure.

By the Court,

s/ Thomas M. Hardiman
Circuit Judge

Dated: July 1, 2026
Lmr/cc: All Counsel of Record