**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

AUDIO/VIDEO SUBMSSION

The parties must use this form to identify all audio and video files included with an appendix. Prior to submitting any files, the parties must open and play each file in Windows Media Player or VLC Media Player.

Case Number(s): 24-1784

Case Caption: United States v. Ross Roggio

Party Filer: ☐ Appellant/Petitioner ☑ Appellee/Respondent ☐ Amicus/Intervenor

Type of medium: ☐ USB Flash Drive ☑ CD ☐ DVD

Contents/numbers of medium:
1 Video(s) with audio track
2 Video(s) with no audio track
7 Audio file(s)

| File Name | Format of File | Purpose of File |
|---|---|---|
| 3-9_Video of Test Firing (audio) | MP4 Video | Gov't Trial Exhibit |
| 4-9_Excerpt from Recording | MP3 Audio | Gov't Trial Exhibit |
| 4-10_Excerpt from Recording | MP3 Audio | Gov't Trial Exhibit |
| 4-11_Excerpt from Recording | MP3 Audio | Gov't Trial Exhibit |
| 4-12_Excerpt from Recording | MP3 Audio | Gov't Trial Exhibit |
| 4-13_Excerpt from Recording | MP3 Audio | Gov't Trial Exhibit |
| 4-14_Excerpt from Recording | MP3 Audio | Gov't Trial Exhibit |
| 4-16_Excerpt from Recording | MP3 Audio | Gov't Trial Exhibit |
| 24-5_Video Factory Floor (no audio) | MP4 Audio | Gov't Trial Exhibit |
| 24-10_Video Factory Floor (no audio) | MP4 Audio | Gov't Trial Exhibit |

(*Use additional page if needed*)

I, the undersigned, hereby certify that the selected medium consists of the listed digital files; that each file was scanned and found to contain no known viruses; that each file opens and plays in Windows Media Player or VLC Media Player; and that each file is either an original exhibit or part of the record, an exact copy of an original exhibit or part of the record, or an exhibit or part of the record that was converted from its original form pursuant to the agreement of the parties to resolve compatibility issues and I agree this conversion did not materially alter content of the exhibit.

Name of counsel or litigant (please print):
John P. Taddei

Signature of counsel or litigant:
s/ John P. Taddei