**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 24-1784

United States vs. Ross Roggio

Calendar Date 12/14/26 Location Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: John P. Taddei

Designation of Arguing Counsel: John P. Taddei

Member of the Bar: ☑ Yes ☐ No

Representing (check only one):

☐ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☑ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

United States

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)